González v. The Registrar of Property.

Appeal from a decision of the Registrar of Property of
San Juan, Section 1.

Motion that record be officially entered.

No. 86.—Decided April 27, 1911.

Record—Dues.—The expenses occasioned by the new record to be made in the
registry in cases where the determination of the registrar has been reversed
must be paid by the party concerned, unless the court should decide that the
same must be satisfied by the registrar.

Mr. Raúl Benedicto for the petitioner.

DECISION OF THE COURT.

The appellant, Pascasia González, requests in the fore-
going petition that inasmuch as the decision of the registrar
of property refusing admission to record had been reversed
and the record ordered to be made, without taxing any costs
against said registrar, it must be decided by this court that
said record should be entered officially.

The act to provide for appeals against the decisions of
registrars of property, approved March 1, 1902, prescribes,
under section 6, that in case the decision of the registrar
be reversed the Supreme Court may, in its discretion, impose
upon the registrar as costs, postage, and incidental expenses
not exceeding $50, of the person in interest, and may also
require the registrar to enter the record without charge.

At the date of aforesaid act registrars received the dues
or fees accruing from the registry; but since the approval
on March 10, 1904, of the act assigning salaries to the regis-
trars of property, and for other purposes, The People of
Porto Rico collect in internal-revenue stamps the fees charged
for records under the schedule contained in said act.

The People of Porto Rico cannot be deprived of the right
conferred upon it by aforesaid act to collect in internal-
revenue stamps any sum covered into the office of the regis-

trar of property, and we fail to find sufficient reason why the respondent registrar should be made to pay the expenses caused by the record ordered to be entered.

The petitioner's motion is denied.

*Motion denied.*

Chief Justice Hernández and Justices MacLeary, Wolf, del Toro, and Aldrey concurred.